No. 87–5151.   KOST *v.* CAPITOL CORP. ET AL.   C. A. 10th Cir. Certiorari denied.

No. 87–5158.   VRTISKA *v.* NEBRASKA.   Sup. Ct. Neb.   Certiorari denied.

No. 87–5159.   BARNES *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–5162.   SMITH *v.* WHITE, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–5164.   WALKER *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 87–5165.   GARDNER *v.* MALONEY, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 87–5166.   BAXTER *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–5171.   NATHAN *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 87–5174.   PONDER ET AL. *v.* FULTON-DEKALB HOSPITAL AUTHORITY, DBA GRADY MEMORIAL HOSPITAL.   Sup. Ct. Ga. Certiorari denied.

No. 87–5175.   PIKO *v.* OKU, ADMINISTRATOR, HALAWA HIGH SECURITY FACILITY, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–5176.   DODSON *v.* FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 87–5177.   BRIGHT *v.* CITY OF ATLANTA ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–5178.   DOBSON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.